AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### DISTRICT OF

IN CLERK'S OFFICE

2004 MAY 20 P 12: 29

U.S. DISTRICT
DICT OF MASS.

Charter Communications Entertainment I LLC,
d/b/a Charter Communications

**SUMMONS IN A CIVIL CASE**

**V.**

Mark Duggan

CASE NUMBER:

# 04-40072-NMG

TO: (Name and address of defendant)
Mark Duggan
47 Fisher Street
Northborough, MA 01532

## YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esq.
Murtha Cullina LLP
20th Floor
99 High Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Sherry Jones_

(BY) DEPUTY CLERK

5-7-04

DATE

_Mike_

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                Signature of Server

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100
*Worcester, ss*

4/19/2004
I hereby certify and return that on 05/17/2004 at 12:26pm I served a true and attested copy of the Summons and Complaint, Civil Action Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of MARK HOULAN at 47 FISHER ST, NORTHBOROUGH, MA and by mailing first class mail to the above address on 05/19/2004. Fees: Service 30.00, Travel 15.96, Conveyance 4.60, Attest 10.00 & Postage and Handling 0.60 Total Fees: 254.40

Deputy Sheriff Michael J Ahearn

_____
**Deputy Sheriff**

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.