UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-40072-NMG

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS,

       Plaintiff

V.

MARK DUGGAN

       Defendant

## ANSWER

### JURISDICTION AND VENUE

1. Admitted.

2. Admitted

3. Admitted

### APPLICABLE LAW

4. Admitted

5. Denied

### PARTIES

6. The defendant does not possess sufficient information to either admit or deny this allegation.

7. The defendant does not possess sufficient information to either admit or deny this allegation.

8. Admitted

## COUNT I – VIOLATIONS OF 47 U.S.C. Sec 553

9. The defendant does not possess sufficient information to either admit or deny this allegation.

10. The defendant does not possess sufficient information to either admit or deny this allegation.

11. The defendant does not possess sufficient information to either admit or deny this allegation.

12. The defendant does not possess sufficient information to either admit or deny this allegation.

13. The defendant does not possess sufficient information to either admit or deny this allegation.

14. The defendant does not possess sufficient information to either admit or deny this allegation.

15. The defendant does not possess sufficient information to either admit or deny this allegation.

16. The defendant does not possess sufficient information to either admit or deny this allegation.

17. The defendant does not possess sufficient information to either admit or deny this allegation.

18. The defendant does not possess sufficient information to either admit or deny this allegation.

19. The defendant does not possess sufficient information to either admit or deny this allegation.

20. The defendant does not possess sufficient information to either admit or deny this allegation.

21. The defendant does not possess sufficient information to either admit or deny this allegation.

22. Denied

23. Denied

24. Denied

25. Denied

26. Denied

27. Denied

28. Denied

### COUNT II – VIOLATIONS OF 47 USC Sec. 605

29. Denied

30. Denied

31. Denied

32. Denied

33. Denied

34. Denied

### COUNT III – FEDERAL COMMUNICATIONS ACT INJUNCTIONS

35. Denied

WHEREFORE, the defendant requests that this Court deny the Prayer For Relief requested by the Plaintiff.

### AFFIRMATIVE DEFENSES

The defendant raises the following affirmative defenses:

1. Statute of limitations

2. Laches.

The defendant,
MARK DUGGAN

*[signature]*
Walter H. Underhill, Esquire
66 Long Wharf
Boston, MA
02110
Tel.# (617) 523-5858
BBO # 506300

## CERTIFICATE OF SERVICE

I, Walter H. Underhill, Esquire, do hereby certify that I have served a copy of this Answer to the Plaintiff's attorney, Christopher L. Brown, 99 High Street, 20th Floor, Boston, MA 02110 by facsimile and first class mail today, June 23rd, 2004.

SIGNED: _____

DATE: _6/23/04_