UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Charter Communications,</u>
      Plaintiff(s),

V.

<u>Mark Duggan,</u>
      Defendant(s),

CIVIL ACTION

NO. <u>04-40072-FDS</u>

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The Court having been advised on <u>    May 23, 2005    </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

<u>    May 26,  2005    </u>                    <u>/s/ Martin Castles    </u>
      Date                                            Deputy Clerk